UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                              CASE NO.: 1:06-CR-005-SPM

**JOSE PARRA,**

    **Defendant.**

_____/

**ORDER CONTINUING SENTENCING**

**THIS CAUSE** comes before the Court upon the "Defendant Jose Leonardo Parra's Third Motion to Continue Sentencing upon Stipulation of Cousel [sic]" (doc. 72) filed September 20, 2006, in which Defendant requests a 30-day continuance in order to testify, if needed, at the trial of Jesus Gonzalez in an attempt to provide substantial assistance to the Government. The Government is unopposed to the granting of the motion.

Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion to continue sentencing (doc. 72) is *granted*.

2.     Sentencing is reset for ***Monday, December 11, 2006*** at ***1:30 pm*** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this twenty-fifth day of September, 2006.

                                                *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                United States District Judge