UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                   CASE NO.: 1:06-CR-005-SPM

**JOSE PARRA,**

    Defendant.

_____/

**ORDER CONTINUING SENTENCING**

**THIS CAUSE** comes before the Court upon "Defendant Jose Leonardo Parra's Fourth Motion to Continue Sentencing upon Stipulation of Counsel" (doc. 76) filed November 29, 2006. Defendant requests a continuance to the next term of court because his cooperation with the Government has not reached a conclusion. The Government is unopposed to the granting of the motion.

Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion to continue sentencing (doc. 76) is *granted*.

2.     Sentencing is reset for **Monday, January 8, 2007** at **1:30 pm** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>first</u> day of December, 2006.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge