UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                        **CASE NO.: 1:06-CR-005-SPM**

**JOSE PARRA,**

    **Defendant.**

_____/

**ORDER CONTINUING SENTENCING**

**THIS CAUSE** comes before the Court upon "Defendant Jose Leonardo Parra's Motion to Continue Sentencing upon Stipulation of Counsel" (doc. 80) filed December 19, 2006. In this, his fifth motion to continue, Defendant requests that his sentencing be set on the same day as that of his wife and co-defendant so that mitigation witnesses, traveling from outside the jurisdiction, will need to appear in court on a single date. The Government is unopposed to the granting of the motion.

Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion to continue sentencing (doc. 80) is *granted*.

2.    Sentencing is reset for **Monday, March 5, 2007** at **1:30 pm** at the

United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this twenty-first day of December, 2006.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge