UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                 **CASE NO.: 1:06-CR-005-SPM**

**JOSE PARRA,**

    **Defendant.**

_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon "Defendant Jose Leonardo Parra's Motion to Continue Sentencing upon Stipulation of Counsel" (doc. 84) filed February 20, 2007. In this, his sixth motion to continue, Defendant advises that he is still cooperating with the Government and requests time to complete that cooperation. The Government is unopposed to the granting of the motion.

Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion to continue sentencing (doc. 84) is *granted*.

2.     Sentencing is reset for **Monday, April 2, 2007** at **1:30 pm** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>twenty-second</u> day of February, 2007.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge